IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER LYNN KRIEGER, | |
| Petitioner, | |
| v. | Civil Case No. 14-cv-00749 – JPG |
| UNITED STATES OF AMERICA, | Criminal Case No. 06-cr-40001-JPG |
| Respondent. | |

## AMENDED JUDGMENT

This matter having come before the Court, and the Court having rendered a decision, IT IS HEREBY ORDERED AND ADJUDGED that petitioner Jennifer Lynn Krieger's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is granted; that judgment is entered in this case in favor of petitioner Jennifer Lynn Krieger and against respondent United States of America; and that the judgment against Jennifer Lynn Krieger in Criminal Case No. 06-cr-40001-JPG (Doc. 159 in criminal case) with regard to sentencing is **VACATED** and that Jennifer Lynn Krieger shall be resentenced.

**DATED:** 1/17/2017

Justine Flanagan
**Acting Clerk of Court**

*s/Tina Gray*, **Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
       **J. PHIL GILBERT**
       **DISTRICT JUDGE**