IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JENNIFER LYNN KRIEGER,<br><br>    Defendant. | Case No. 06-cr-40001-JPG |

## MEMORANDUM AND ORDER

In light of the Court's judgment in *Krieger v. United States of America*, Case No. 14-cv-00749-JPG, vacating the sentencing judgment in this case, the Court:

- **ORDERS** that pursuant to 18 U.S.C. § 3143(a):

  1. The defendant shall be **COMMITTED** to the custody of the United States Marshal for confinement in a corrections facility;

  2. The defendant shall be **AFFORDED** reasonable opportunity for private consultation with her attorney or any person hired by her attorney for the purpose of preparing for resentencing; and

  3. On Order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall **DELIVER** defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

- **APPOINTS** the Federal Public Defender to represent Ms. Krieger in her resentencing pursuant to 18 U.S.C. § 3006A;

- **ORDERS** the United States Probation Office, Benton, Illinois to prepare and filed a revised presentencing report.

- **ORDERS** a sentencing hearing to be held on **February 22, 2017** at **9:30** a.m. in Benton, Illinois; and

- **DIRECTS** the Clerk of Court to **fax and/or scan** a copy of this order along with the Amended judgment in *Krieger v. United States*, Case No. 14-cv-00749-JPG, to the Warden at Carswell Federal Medical Center, P.O. Box 27137, Fort Worth, Texas.

**IT IS SO ORDERED.**

**DATED:** 1/17/2017

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**